GLENN RODERICK HICKMAN
CRYSTAL RESHEA HICKMAN
148A STONECYPHER RD
LUCEDALE, MS 39452

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

1ST FRANKLIN
3179 MALLETT ROAD
DIBERVILLE, MS 39540

ACHIEVE PERSONAL LOAN
2114 E RIO SALADO BLVD
TEMPE, AZ 85281

ACIMA
9815 S MONROE ST
SANDY, UT 84070

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

ALLY
P.O. BOX 9001951
LOUISVILLE, KY 40290

AMERICAN HONDA FINANCE
PO BOX 168128
IRVING, TX 75016

AUSTIN HICKMAN
6848 KILN DELISLE RD
PASS CHRISTIAN, MS 39571

CASHAPP
1955 BROADWAY, SUITE 6
OAKLAND, CA 94612

CITIBANK
PO BOX 790046
ST LOUIS, MO 63179

COMENITY CAPITAL BANK
P.O. BOX 183003
COLUMBUS, OH 43218-3003

COMENITYCAPITAL
PO BOX 182508
COLUMBUS, OH 43218

CREDIT CORP SOLUTIONS
63 E 11400 S 408
SANDY, UT 84070

CREDIT ONE
PO BOX 98872
LAS VEGAS, NV 89193

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

FIFTH THIRD BANK
ATTN: BANKRUPTCY
1830 EAST PARIS
GRAND RAPIDS, MI 49546

FIRST NATIONAL BANK
500 E 60TH ST N
SIOUX FALLS, SD 57104

FIRST SAVINGS BANK
PO BOX 2509
OMAHA, NE 68103

GENESIS FS CARD
PO BOX 4499
BEAVERTON, OR 97076

GEORGE REGIONAL
PO BOX 1007
LUCEDALE, MS 39452

GEORGE REGIONAL HOSPIT
859 WINTER ST
LUCEDALE, MS 39452

GULF COAST COMMUNITY
ATTN: BANKRUPTCY
12364 HIGHWAY 49
GULFPORT, MS 39503

HAVEN ATKINSON
532 THELMA ANDREWS RD
WIGGINS, MS 39577

HUNTINGTON DEBT
1965 SHERIDAN DR
SUITE 200
BUFFALO, NY 14223

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

JACOB LAW GROUP
2623 WEST OXFORD LOOP
OXFORD, MS 38655

KLARNA
PO BOX 8116
COLUMBUS, OH 43201

LINCOLN AUTOMOTIVE
ATTN: BANKRUPTCY
P.O. BOX 542000
OMAHA, NE 68154

MERRICK BANK
ATTN: BANKRUPTCY
P.O.BOX 5000
DRAPER, UT 84020

MIDLAND CREDIT MANAGEM
P.O. BOX 60578
LOS ANGELES, CA 90060

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

PARKER DENTAL
11628 HWY 57
VANCLEAVE, MS 39565

SEQUIUM ASSET SOLUTION
1130 N CHASE PKWY
STE 150
MARIETTA, GA 30067

SEZZLE
251 N 1ST AVE
MINNEAPOLIS, MN 55401

SMITH, ROUCHON
1456 ELLIS AVE
JACKSON, MS 39204

SOUTH MS COLLECTION SE
PO BOX 1511
PASCAGOULA, MS 39568-1511

SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT
P.O. BOX 965065
ORLANDO, FL 32896

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

US DEPT OF EDUCATION
PO BOX 5609
GREENVILLE, TX 75403-5202

US DEPT OF EDUCATION
C/O U.S. ATTORNEY
501 E. COURT ST
STE 4.430
JACKSON, MS 39201

VANDERBILT MORTGAGE
PO BOX 9800
MARYVILLE, TN 37802-9800

VERIZON WIRELESS
P.O.BOX 408
NEWARK, NJ 07101