United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-51810-KMS
Glenn Roderick Hickman Chapter 7
Crystal Reshea Hickman
Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 3
Date Rcvd: Oct 29, 2026 Form ID: 309A Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Glenn Roderick Hickman, Crystal Reshea Hickman, 148A Stonecypher Rd, Lucedale, MS 39452-4742 |
| 5742965 | + | Austin Hickman, 6848 Kiln Delisle Rd, Pass Christian, MS 39571-6212 |
| 5742977 | + | George Regional, PO Box 1007, Lucedale, MS 39452-1007 |
| 5742980 | + | Haven Atkinson, 532 Thelma Andrews Rd, Wiggins, MS 39577-8171 |
| 5742981 | + | Huntington Debt, 1965 Sheridan Dr, Suite 200, Buffalo, NY 14223-1251 |
| 5742990 | + | Parker Dental, 11628 Hwy 57, Vancleave, MS 39565-8231 |
| 5742994 | | South MS Collection Se, PO Box 1511, Pascagoula, MS 39568-1511 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Oct 29 2026 21:45:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | + | EDI: BGASANFORD | Oct 30 2026 01:41:00 | George Adam Sanford, McRaney Sanford Killebrew, PLLC, 1 Stonegate Drive, Ste B, Brandon, MS 39042-2622 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Oct 29 2026 21:46:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 5742959 | + | Email/Text: bankruptcy@1ffc.com | Oct 29 2026 21:46:00 | 1st Franklin, 3179 Mallett Road, Diberville, MS 39540-9303 |
| 5742960 | ^ | MEBN | Oct 29 2026 21:41:10 | Achieve Personal Loan, 2114 E Rio Salado Blvd, Tempe, AZ 85281 |
| 5742961 | + | Email/Text: bankruptcy@acima.com | Oct 29 2026 21:46:00 | Acima, 9815 S Monroe St, Sandy, UT 84070-4384 |
| 5742962 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 29 2026 21:56:45 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5742963 | + | EDI: GMACFS.COM | Oct 30 2026 01:41:00 | Ally, P.O. Box 9001951, Louisville, KY 40290-1951 |
| 5742964 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 29 2026 21:46:00 | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 5742970 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Oct 29 2026 21:45:00 | Credit Corp Solutions, 63 E 11400 S 408, Sandy, UT 84070 |
| 5742966 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | Oct 29 2026 21:46:00 | CashApp, 1955 Broadway, Suite 6, Oakland, CA 94612-2205 |
| 5742967 | + | EDI: CITICORP | Oct 30 2026 01:41:00 | Citibank, Po Box 790046, St Louis, MO 63179-0046 |
| 5742968 | | EDI: WFNNB.COM | Oct 30 2026 01:41:00 | Comenity Capital Bank, P.O. Box 183003, |

| | | | | |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-3003 |
| 5742969 | + | EDI: Q3BREADPAY | Oct 30 2026 01:41:00 | Comenitycapital, Po Box 182508, Columbus, OH 43218-2508 |
| 5742971 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 29 2026 21:43:36 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5742972 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 29 2026 21:43:37 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5742974 | | Email/Text: BNSFN@capitalsvcs.com | Oct 29 2026 21:45:00 | First National Bank, 500 E 60th St N, Sioux Falls, SD 57104 |
| 5742975 | | Email/Text: BNSFS@capitalsvcs.com | Oct 29 2026 21:45:00 | First Savings Bank, PO Box 2509, Omaha, NE 68103 |
| 5742973 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Oct 29 2026 21:46:00 | Fifth Third Bank, Attn: Bankruptcy, 1830 East Paris, Grand Rapids, MI 49546-8803 |
| 5742976 | + | EDI: PHINGENESIS | Oct 30 2026 01:41:00 | Genesis FS Card, Po Box 4499, Beaverton, OR 97076-4499 |
| 5742978 | + | Email/Text: srutledge@georgeregional.com | Oct 29 2026 21:45:00 | George Regional Hospit, 859 Winter St, Lucedale, MS 39452-6603 |
| 5742979 | + | Email/Text: msd@gcc-fcu.com | Oct 29 2026 21:46:00 | Gulf Coast Community, Attn: Bankruptcy, 12364 Highway 49, Gulfport, MS 39503-2741 |
| 5742983 | + | Email/Text: ebone.woods@usdoj.gov | Oct 29 2026 21:46:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5742982 | | EDI: IRS.COM | Oct 30 2026 01:41:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5742984 | ^ | MEBN | Oct 29 2026 21:41:01 | Jacob Law Group, 2623 West Oxford Loop, Oxford, MS 38655-5442 |
| 5742985 | | Email/Text: customerservice.us@klarna.com | Oct 29 2026 21:45:00 | Klarna, PO Box 8116, Columbus, OH 43201 |
| 5742986 | + | Email/Text: EBNBKNOT@ford.com | Oct 29 2026 21:46:00 | Lincoln Automotive, Attn: Bankruptcy, P.O. Box 542000, Omaha, NE 68154-8000 |
| 5742989 | | EDI: MSDOR | Oct 30 2026 01:41:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5742987 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 29 2026 21:43:37 | Merrick Bank, Attn: Bankruptcy, P.O.Box 5000, Draper, UT 84020-5000 |
| 5742988 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 29 2026 21:46:48 | Midland Credit Managem, P.O. Box 60578, Los Angeles, CA 90060-0578 |
| 5742991 | | Email/Text: bankruptcy@sequium.com | Oct 29 2026 21:45:00 | Sequium Asset Solution, 1130 N Chase Pkwy, Ste 150, Marietta, GA 30067 |
| 5742992 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Oct 29 2026 21:45:00 | Sezzle, 251 N 1st Ave, Minneapolis, MN 55401 |
| 5742993 | + | Email/Text: Tracey@sra-inc.net | Oct 29 2026 21:46:00 | Smith, Rouchon, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5742995 | + | EDI: SYNC | Oct 30 2026 01:41:00 | Synchrony Bank, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5742996 | | Email/Text: bankruptcycourt@towerloan.com | Oct 29 2026 21:46:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5742997 | ^ | MEBN | Oct 29 2026 21:41:06 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5742998 | + | Email/Text: EDBKNotices@ecmc.org | Oct 29 2026 21:45:00 | US Dept of Education, PO Box 5609, Greenville, TX 75403-5609 |
| 5742999 | + | Email/Text: ebone.woods@usdoj.gov | Oct 29 2026 21:46:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |

| | | | | |
|---|---|---|---|---|
| 5743000 | | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Oct 29 2026 21:46:00 | Vanderbilt Mortgage, PO Box 9800, Maryville, TN 37802-9800 |
| 5743001 | + | EDI: VERIZONCOMB.COM | Oct 30 2026 01:41:00 | Verizon Wireless, P.O.Box 408, Newark, NJ 07101-0408 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

# Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline
## United States Bankruptcy Court Southern District of Mississippi

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Glenn Roderick Hickman**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx-xx-1180** |
| | | EIN | _ _-_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Crystal Reshea Hickman**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx-xx-0216** |
| | | EIN | _ _-_ _ _ _ _ _ _ |

United States Bankruptcy Court for the Southern District of Mississippi

Case number: **26-51810-KMS**

Date case filed for chapter **7** **10/29/26**

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Glenn Roderick Hickman | Crystal Reshea Hickman |
| 2. | **All other names used in the last 8 years** | aka Glenn R Hickman | |
| 3. | **Address** | 148A Stonecypher Rd<br>Lucedale, MS 39452 | 148A Stonecypher Rd<br>Lucedale, MS 39452 |
| 4. | **Debtor's attorney**<br>Name and address | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236 | Contact phone 601-500-5533<br>Email trollins@therollinsfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | George Adam Sanford<br>McRaney Sanford Killebrew, PLLC<br>1 Stonegate Drive, Ste B<br>Brandon, MS 39042 | Contact phone 601-924-5961<br>Email trustee@mcraneymcraney.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501 | **Office Hours:**<br>**Monday – Friday 8:00 AM – 5:00 PM**<br><br>**Contact phone 228–563–1790**<br><br>**Date: 10/29/26** |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 9, 2026 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee: George Adam Sanford Zoom video meeting. Go to zoom.us/join, enter Meeting ID 829 229 1125 and Passcode 2893021594 , OR call 228–292–1399.**<br><br>**For additional meeting information go to www.justice.gov/ust/moc** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 2/8/27** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |