IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | | | |
|---|---|---|---|---|
| In RE: | GLENN RODERICK HICKMAN | § | Case Number: | 26-51810-KMS-7 |
| | CRYSTAL RESHEA HICKMAN | § | | |
| | Debtor(s) | § | Chapter: | 7 |

**REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002**

PLEASE TAKE NOTICE THAT Ally Capital hereby gives notice as follows:
Pursuant to 11 U.S.C. §342(f)(1), AIS Portfolio Services, LLC hereby requests that:

(i) all notices given or required to be given in the case; and

(ii) all pleadings and correspondence served or required to be served in this case,

regarding Ally Capital should be directed to AIS Portfolio Services, LLC at the following mailing address effective immediately:

Attn: Ally Capital Department
AIS Portfolio Services, LLC
Account: XXXXXXXX5714
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

Respectfully submitted,

/s/ Amitkumar Sharma

Amitkumar Sharma
Claims Processor
Bankruptcy Servicer for Ally Capital
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
(888)455-6662, Fax (817) 461-8070
ECFNotices@aisinfo.com
File # 1941932

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: GLENN RODERICK HICKMAN
AKA GLENN R HICKMAN

CRYSTAL RESHEA HICKMAN

DEBTORS

CASE NO: 26-51810-KMS-7
CHAPTER: 7

## CERTIFICATE OF SERVICE

I/We, do hereby certify that on the 5th day of November, 2026 that I did cause this **Notice of Appearance and Request for Notice** to be delivered to all interested parties of record described below by the following method:

*Placing a copy in the US mail, properly addressed & postage prepaid.*

**GLENN RODERICK HICKMAN; AKA GLENN R HICKMAN**
**CRYSTAL RESHEA HICKMAN**
148A STONECYPHER RD
Lucedale, MS 39452

*Confirming that the Clerk of Court has transmitted, or by personally transmitting a copy of this pleading by attaching it in PDF format to electronic mail that was sent to the appropriate email address identified by the interested party.*

**THOMAS CARL ROLLINS JR**, Attorney for Debtor(s)
TROLLINS@THEROLLINSFIRM.COM

**GEORGE ADAM SANFORD**; Chapter 7 Trustee
trustee@mcraneymcraney.com

**UNITED STATES TRUSTEE;** Office of U. S. Trustee

Biloxi, Mississippi, the 5th day of November, 2026.

BY: /S/ AMITKUMAR SHARMA
AMITKUMAR SHARMA